GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

JUN 1 5 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-21-00445-PHX-DJH (MHB) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. § 924(a)(1)(A) (False Statement During Purchase of a Firearm) Counts 1-8 |
| Keion Marcel Dean, | | |
| Defendant. | | 18 U.S.C. § 924(d) and 981; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461 (c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES**:

<u>COUNT 1</u>

On or about October 27, 2020, in the District of Arizona, Defendant KEION MARCEL DEAN knowingly made a false statement and representation to CAL Ranch Stores, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of CAL Ranch Stores, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address at 563 S. 1st Avenue in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a

different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about October 30, 2020, in the District of Arizona, Defendant KEION MARCEL DEAN knowingly made a false statement and representation to Sprague's Sports, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sprague's Sports, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address at 563 S. 1st Avenue in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about October 12, 2020, in the District of Arizona, Defendant KEION MARCEL DEAN knowingly made a false statement and representation to CAL Ranch Stores, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of CAL Ranch Stores, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address at 563 S. 1st Avenue in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about November 2, 2020, in the District of Arizona, Defendant KEION MARCEL DEAN knowingly made a false statement and representation to Sprague's Sports, a business licensed under the provisions of Chapter 44 of Title 18, United States

- 2 -

Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sprague's Sports, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address at 563 S. 1st Avenue in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

On or about November 8, 2020, in the District of Arizona, Defendant KEION MARCEL DEAN knowingly made a false statement and representation to Jones & Jones, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address at 563 S. 1st Avenue in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 6

On or about November 10, 2020, in the District of Arizona, Defendant KEION MARCEL DEAN knowingly made a false statement and representation to Sprague's Sports, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sprague's Sports, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address at 563 S. 1st Avenue in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 7**

On or about November 12, 2020, in the District of Arizona, Defendant KEION MARCEL DEAN knowingly made a false statement and representation to CAL Ranch Stores, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of CAL Ranch Stores, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address at 563 S. 1st Avenue in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 8**

On or about November 24, 2020, in the District of Arizona, Defendant KEION MARCEL DEAN knowingly made a false statement and representation to Jones & Jones, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address at 563 S. 1st Avenue in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 8 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. § 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461 (c), and upon conviction of one or more of the offenses alleged in Counts 1 through 8 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds

- 4 -

the person obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. §§ 853(p). All in accordance with 18 U.S.C. § 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461 (c), and Rule 32.2, Federal Rules of Criminal.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: June 15, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
BRETT A. DAY
Assistant U.S. Attorney

- 5 -